IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MIRNA GUZMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:19-CV-187-BR |
| | § | |
| ALLSTATE ASSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER REGARDING TRIAL

On January 14, 2022, the Court entered a Second Amended Scheduling Order, which set a pretrial conference on July 21, 2022 at 2:00 p.m. and trial on August 2, 2022 at 9:30 a.m. (ECF 59 at 6). After reviewing Guzman's Brief Pursuant to Order to Submit Briefing (ECF 66) and Defendant Allstate Assurance Company's Supplemental Brief Regarding *Arce* (ECF 67), and based on other considerations, the Court ORDERS the following:

1. The parties will present evidence at trial and the Court will make a factual determination on the "intent to deceive" element of Defendant's claim for rescission of Saul Guzman's life insurance policy under Section 705.051 of the Texas Insurance Code.

2. The pretrial conference will remain on **July 21, 2022 at 2:00 p.m.** in the Second Floor Courtroom of the Mary Lou Robinson United States Courthouse, Amarillo, Texas. However, the Court RESETS the trial for **August 1, 2022 at 9:30 a.m.** in the Second Floor Courtroom of the Mary Lou Robinson United States Courthouse, Amarillo, Texas. (*See* ECF 59 at 6).

3. The parties shall file a Joint Advisory regarding their updated estimate of the number of trial days needed on or before **May 9, 2022**.

IT IS SO ORDERED.

ENTERED May 2, 2022.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE